# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVE R. ALMANZA, | |
| *Plaintiff*, | 2:10-cv-00044-KJD-LRL |
| vs. | ORDER |
| HENDERSON DETENTION CENTER AND CUSTODIANS, *et al.* | |
| *Defendants*. | |

Plaintiff, a detainee or inmate in municipal custody, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application submitted is incomplete. Plaintiff did not attach an inmate account statement. Both a properly executed financial certificate and a statement from the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

IT THEREFORE IS ORDERED that the application (#1) to proceed *in forma pauperis* is DENIED.

IT FURTHER IS ORDERED that this action shall be DISMISSED without prejudice to plaintiff's commencement of a new action in which he submits a new complaint and either pays the $350.00 filing fee or submits a new properly completed application to proceed *in forma pauperis*, with both a new properly executed financial certificate and copy of his inmate trust fund account statement.

-2-

1  IT FURTHER IS ORDERED that the Clerk of Court shall send plaintiff two copies each
2 of a civil rights complaint form and an application form to proceed *in forma pauperis* for
3 incarcerated persons, along with a copy of the instructions for each form.  The Clerk further
4 shall return a copy of the papers that plaintiff submitted in this action.
5  The Clerk of Court shall enter final judgment accordingly, dismissing this action without
6 prejudice to the timely filing of a new complaint in a new action with a properly completed
7 pauper application.
8  DATED: June 11, 2010.

_____
KENT J. DAWSON
United States District Judge